IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| REGINALD G. BAKER, SUZANNE LEWIS, in her official capacity as Power of Attorney for Plaintiff; KIMBERLY NOAHR, Petitioner elect; and MINOR CHILDREN OF THE ABOVE,<br><br>    Plaintiffs,<br><br> vs.<br><br>J.D., CEO Alivation Health; ANNETTE KAY MARGET, HARBANS S. DEOL, in his official capacity as Director of Health Services for Nebraska Department of Correctional Services; DR. JEFFREY P. KASSELMAN, SARA BETH ALLEN, DR. JEFFREY A. DAMME, M.D.; DOES 1-6, Nurses; PETE RICKETTS, in his official capacity as Govenor in and for State of Nebraska; SCOTT R. FRAKES, in his official capacity as Director of NDOCS; JOHN BOLDUC, in his official capacity as Superintendant of Nebraska State Patrol; R. HOLLEY, BRAD HANSEN, SCOTT BUSBOOM, c/m Ruede; and LAWYERS,<br><br>    Defendants. | 8:19CV93<br><br>**MEMORANDUM AND ORDER** |

  This matter is before the court on Plaintiff Reginald G. Baker's Motion for Reconsideration. (Filing No. 17.) Plaintiff asks the court to reconsider the May 10, 2019 Memorandum and Order and Judgment (filing nos. 15 & 16) dismissing this matter without prejudice pursuant to the "three strikes" rule in 28 U.S.C. §

1915(g). Plaintiff contends that 28 U.S.C. § 1915(g) violates his First Amendment constitutional right to access the courts and that he "has demonstrated good cause in his Complaint." (Filing No. 17.) Plaintiff also states in his motion that he is "giv[ing] notice that he is filing an Appeal of Judge Kopf's decision." (*Id*.) Upon consideration,

IT IS ORDERED that:

1. Plaintiff's Motion for Reconsideration (filing no. 17) is denied.

2. Plaintiff is advised that if he wishes to appeal the court's May 10, 2019 Memorandum and Order and Judgment, then he must file a separate notice of appeal.

Dated this 6th day of June, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge